Before the First Division, April 1, 1953

No. 57232.—Geigy Co., Inc. v. United States, protest 159945-K (New York).

Opinion by Oliver, C. J. The undisputed facts showed that the product in question is a color or dye, soluble in water, used for blueing textiles, principally bleached cotton cloth, making it whiter, and that it is obtained, derived, or manufactured in whole or in part from toluene, a product provided for in paragraph 1651. The claim of the plaintiff was therefore sustained.

No. 57233.—Amchina Fur Corp. et al. v. United States, protests 822223-G, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

No. 57234.—Schild-Adelstein Co., Inc., et al. v. United States, protests 872747-G, etc. (New York).

Opinion by Oliver, C. J. In accordance with stipulation of counsel that the kidskin plates are similar in all material respects to those the subject of *Kung Chen Fur Corpn.* v. *United States* (29 Cust. Ct. 266, C. D. 1480), the claim for free entry under paragraph 1681 was sustained.

Ford, J., concurred.

Mollison, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1480, *supra.*

No. 57235.—Amchina Fur Corp. et al. v. United States, protests 933111-G, etc. (New York).